**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JOSE CARLOS BERUMAN                                                                            PLAINTIFF
REG. #97044-079

v.                                            NO. 2:09CV00099 JLH

T.C. OUTLAW *et al.*                                                                         DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE